# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARY E. GAITHER,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>       Defendant. | Case No. CIV-08-234-RAW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On December 31, 2008, Defendant filed an Unopposed Motion to Reverse and Remand. Defendant asks that the court reverse the decision of the Administrative Law Judge ("ALJ") and remand this case to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g). Plaintiff has no objection to the granting of the motion.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this 12th day of January, 2009.

**Dated this 12th Day of January 2009.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma